# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### (Reno Division)

| | |
|---|---|
| U.A. LOCAL 350 RETIREMENT TRUST; U.A. LOCAL 350 HEALTH, WELFARE AND VACATION PLAN; U.A. LOCAL 350 APPRENTICESHIP & TRAINING TRUST and Kres Bishop, as Trustee of the above TRUSTS,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>AIR CON SERVICE, INC., a Nevada corporation,<br><br>　　　　　　　　Defendant. | Case No.   10-cv-0137-LRH<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT AIR CON SERVICE, INC.**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Location:   400 S. Virginia Street<br>　　　　　　Reno, NV  89501<br>Judge:       Hon. Larry R. Hicks |

This matter came before the Honorable Larry R. Hicks for consideration of the United States District Court of Nevada, located in Reno, Nevada 89501.  Plaintiffs U.A. LOCAL 350 RETIREMENT TRUST; U.A. LOCAL 350 HEALTH, WELFARE AND VACATION PLAN; U.A. LOCAL 350 APPRENTICESHIP & TRAINING TRUST and Kres Bishop, as Trustee of the above TRUSTS, (hereinafter collectively referred to as the "Plaintiffs," "Trusts" or "Funds") have requested this Court grant their Motion for Default Judgment against Defendant AIR CON SERVICE, INC. (hereafter referred to as the "Defendant").

Having considered the Points and Authorities, the submitted declarations of Mark H. Lipton and James Mace, and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment against Defendant AIR CON SERVICE, INC. is hereby GRANTED.  Judgment is entered against Defendant AIR CON SERVICE, INC. in the amount of $55,243.16.

IT IS SO ORDERED.

Lance S. Wilson                                                           October 29, 2010
_____                                    _____
Clerk                                                                           Date

*/s/ Lance S. Wilson*